# Exhibit A

# The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
Lobbyist Division
One Ashburton Place - Room 1719, Boston, Massachusetts 02108-1512
617-727-9122

**44**
Formerly
44, 44A, 44C

## Statement of Expenditures
### for organizations not employing an executive or legislative agent

An organization falling within the criteria of G.L. c. 3, § 44 must file this statement semi-annually on or before January 15th and July 15th. Late filings are subject to fines. Please print or type, completing all fields. If more space is required, please file an attachment with this report.

Check one of the following, and fill in the year:

This statement is being filed for the period    [X] January 1 - June 30,    <u>2021</u>
                                                               *Year*

                                                       [ ] July 1 - December 31, <u>       </u>
                                                                         *Year*

Convention of States Action
*Organization Name*

| 5850 San Felipe, Suite 580A | Houston | TX | 77057 | USA |
|---|---|---|---|---|
| *Organization Business Address* | *City/Town* | *State* | *Zip Code* | *Country* |

(540) 441-7227                          legal@cosaction.com
*Organization Business Phone*                *Organization Email Address*

Names and addresses of the principals of the above named organization.

| Name | Street Address | City/Town | State | Zip Code |
|---|---|---|---|---|
| Mark Meckler | 5850 San Felipe, Suite 580A | Houston | Texas | 77057 |
| Mike Ruthenberg | 5850 San Felipe, Suite 580A | Houston | Texas | 77057 |
| Tim Murphy | 5850 San Felipe, Suite 580A | Houston | Texas | 77057 |
| | | | | |
| | | | | |

Report below the purposes of the organization and any decisions of such employees of the executive branch or an authority or legislation which affects those purposes:

The corporation is established primarily to further the common good and general welfare of the people of the United States within the meaning of section 501(c)(4) of the Internal Revenue Code, including but not limited to, developing and advocating legislation to promote self-governance and related issues. The corporation has an objective of passing legislation in the State of Massachusetts to call for a convention of states under Article V of the U.S. Constitution.

## Statement of Expenditures
## for organizations not employing an executive or legislative agent

Itemized accounting shall include but not be limited to specific expenditures for meals, transportation, entertainment, advertising, public relations, printing, mailing and telephone. Include names of the payees, and the amount paid to each payee. Where an expenditure is for meals, entertainment or transportation, said expenditure shall be identified by date, place, amount, and the names of all persons in the group partaking in, or of, such meal, entertainment or transportation. No expenditure or contribution shall be split or divided for the purpose of evading any provision of this section.

Convention of States Action

*Organization Name*

| Date | Payee | Amount | Person(s) partaking in meals, transportation or entertainment | Place |
|------|-------|--------|---------------------------------------------------------------|-------|
|  | Please see attachment |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total amount of expenditures incurred or paid during the reporting period in furtherance of the objectives listed herein. | | | | |

## List of names and addresses of every person, group, or organization from whom fifteen dollars or more was contributed during the year for the objectives stated on the Form 44.

The statement of the group or organization shall also include a listing of the names and addresses of every person, group, or organization from whom fifteen dollars or more was contributed during the year for the objectives stated on this statement.

No expenditure or contribution shall be split or divided for the purpose of evading any provision of this section.

Convention of States Action
*Organization Name*

| Contribution Date | Full Name and Address of Contributor | Amount |
|---|---|---|
| | The organization has not accepted contributions for the designated and limited objective of advancing legislation in Massachusetts. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total amount of contributions received for this reporting period. | | |

## List of all campaign contributions made by organizations not employing an executive or legislative agent.

Itemized accounting shall also include a list of all campaign contributions, as defined in section one of chapter fifty-five, made by the group to a political candidate or committee, the name of each candidate or committee, the amount contributed and the date of the contribution. No expenditure or contribution shall be split or divided for the purpose of evading any provision of this section.

No expenditure or contribution shall be split or divided for the purpose of evading any provision of this section.

Convention of States Action
*Organization Name*

| Contribution Date | Full Name of Candidate or Committee | Amount |
|---|---|---|
| | The organization has not made campaign contributions as defined in Section 1 of Chapter 55 of the laws of Massachusetts. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total amount of contributions received for this reporting period. | | |

Violation of any provisions of G.L. c. 3, §§ 40, 41, 42, 43, 44, and 47 shall be punished by a fine of not less than one hundred dollars and not more than ten thousand dollars or imprisonment in the state prison for not more than five years or in a jail or house of correction for not more than two and a half years or both.

Print name and title of person signing this statement below:

| William Kelly | Staff Counsel |
|---|---|
| *Name* | *Title* |

*William Kelly*                                       7-12-2021

*Signature (Signed under the pains and penalties of perjury)*          *Date*

**Convention of States Action**

**5850 San Felipe, Suite 580A**

**Houston, TX 77057**

## ATTACHMENT TO:

Form 44: Statement of Expenditures for Organization

Not Employing an Executive or Legislative Agent

| Date | Payee | Amount | Person(s) partaking in meals, transportation or entertainment | Place |
|---|---|---|---|---|
| 1/8/21 | Horizon Publishing | $148.01 | N/A | N/A |
| 1/8/21 | Horizon Publishing | $47.64 | N/A | N/A |
| 1/18/21 | The Richard Norman Company | $57.33 | N/A | N/A |
| 1/21/21 | FedEx | $11.55 | N/A | N/A |
| 1/29/21 | The Richard Norman Company | $1.16 | N/A | N/A |
| 1/29/21 | The Richard Norman Company | $1.20 | N/A | N/A |
| 1/29/21 | The Richard Norman Company | $32.00 | N/A | N/A |
| 2/12/21 | The Richard Norman Company | $1.85 | N/A | N/A |
| 2/26/21 | The Richard Norman Company | $3.43 | N/A | N/A |
| 2/26/21 | The Richard Norman Company | $59.56 | N/A | N/A |
| 3/15/21 | The Richard Norman Company | $32.99 | N/A | N/A |
| 3/29/21 | The Richard Norman Company | $1.88 | N/A | N/A |
| 3/31/21 | Facebook | $68.21 | N/A | N/A |

*The table above is titled:* **Statement of Expenditures for organizations not employing an executive or legislative agent**

| 4/9/21 | The Richard Norman Company | $136.54 | N/A | N/A |
|--------|----------------------------|---------|-----|-----|
| 4/14/21 | The Richard Norman Company | $1.54 | N/A | N/A |
| 4/14/21 | United States Postal Service | $12.36 | N/A | N/A |
| 4/19/21 | The Richard Norman Company | $138.27 | N/A | N/A |
| 4/19/21 | The Richard Norman Company | $27.70 | N/A | N/A |
| 4/26/21 | The Richard Norman Company | $1.97 | N/A | N/A |
| 4/26/21 | The Richard Norman Company | $40.46 | N/A | N/A |
| 4/26/21 | The Richard Norman Company | $28.52 | N/A | N/A |
| 4/29/21 | The Richard Norman Company | $50.47 | N/A | N/A |
| 4/30/21 | Facebook | $94.15 | N/A | N/A |
| 4/30/21 | Twilio | $0.51 | N/A | N/A |
| 5/3/21 | The Richard Norman Company | $36.96 | N/A | N/A |
| 5/3/21 | The Richard Norman Company | $37.57 | N/A | N/A |
| 5/14/21 | The Richard Norman Company | $40.76 | N/A | N/A |
| 5/24/21 | The Richard Norman Company | $1.84 | N/A | N/A |
| 5/31/21 | Facebook | $82.38 | N/A | N/A |
| 5/31/21 | Twilio | $51.49 | N/A | N/A |
| 6/14/21 | The Richard Norman Company | $3.13 | N/A | N/A |
| 6/16/21 | The Richard Norman Company | $2.25 | N/A | N/A |
| 6/16/21 | The Richard Norman Company | $127.12 | N/A | N/A |
| 6/16/21 | The Richard Norman Company | $124.34 | N/A | N/A |
| 6/23/21 | The Richard Norman Company | $72.18 | N/A | N/A |
| 6/28/21 | The Richard Norman Company | $2.03 | N/A | N/A |

| 6/30/21 | Facebook | $40.45 | N/A | N/A |
|---------|----------|--------|-----|-----|
| 6/30/21 | Twilio | $2.73 | N/A | N/A |
| Total amount of expenditures incurred or paid during the reporting period in furtherance of the objectives listed herein. | | | $1,624.53 | |