IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONVENTION OF STATES ACTION**, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM F. GALVIN**, in his official capacity as Secretary of the Commonwealth of Massachusetts, <br><br> and <br><br> **MARIE D. MARRA**, in her official capacity as Director of the Lobbyist Division for the Secretary of the Commonwealth, <br><br> Defendants. | Civil Action No. 1:21-cv-12137 |

## PLAINTIFF CONVENTION OF STATES ACTION'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Convention of States Action ("COSA"), a 501(c)(4) non-profit organization based in Houston, Texas, respectfully affirms that:

1. Plaintiff does not have a parent corporation; and

2. No publicly held corporation owns 10% or more of COSA's stock.


Dated: December 28, 2021     Respectfully submitted,
                                                    **ASHCROFT LAW FIRM**

                                                    /s/ *Michael J. Sullivan*
                                                    Michael Sullivan (MA Bar #487210)
                                                    J. Christopher Amrhein, Jr. (MA Bar #703170)
                                                    200 State Street, 7th Floor
                                                    Boston, MA 02109
                                                    Tel: (617) 573-9400
                                                    msullivan@ashcroftlawfirm.com
                                                    camrhein@ashcroftlawfirm.com

**GRAVES GARRETT, LLC**
/s/ *Edward D. Greim*
Edward D. Greim (Mo. Bar #54034)*
Matthew R. Mueller (Mo. Bar #70263)*
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
**Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiff Convention of States Action*