IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CONVENTION OF STATES ACTION**, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM F. GALVIN**, in his official capacity as Secretary of the Commonwealth of Massachusetts, <br><br> and <br><br> **MARIE D. MARRA**, in her official capacity as Director of the Lobbyist Division for the Secretary of the Commonwealth, <br><br> Defendants. | Civil Action No. 1:21-cv-12137 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Convention of States Action ("COSA"), by and through undersigned counsel, hereby stipulates that this action and all claims and defenses asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: March 11, 2022

Respectfully submitted,

**ASHCROFT LAW FIRM**

/s/ *Michael J. Sullivan*
Michael Sullivan (MA Bar #487210)
J. Christopher Amrhein, Jr. (MA Bar #703170)
200 State Street, 7th Floor
Boston, MA 02109
Tel: (617) 573-9400
msullivan@ashcroftlawfirm.com
camrhein@ashcroftlawfirm.com

GRAVES GARRETT, LLC

/s/ *Edward D. Greim*
Edward D. Greim (Mo. Bar #54034)*
Matthew R. Mueller (Mo. Bar #70263)*
1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
mmueller@gravesgarrett.com
**Pro Hac Vice Application Forthcoming*

*Counsel for Plaintiff Convention of States Action*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was served via electronic mail on March 11, 2022 on the following,

Adam Hornstine
Assistant Attorney General
Adam.hornstine@state.ma.us

Anne Sterman
Assistant Attorney General
Anne.sterman@state.ma.us

*Counsel for Defendants*

/s/ *Michael J. Sullivan*
Michael J. Sullivan